PROMISSORY NOTE/DISCLOSURE STATEMENT
Guaranteed Student Loan Program

Washington — 78-81-1884
District of Columbia

| | | |
|---|---|---|
| Principal Amount $ 2500.00 | Prepaid Finance Charge $ 45.83 (guarantee fee) | Amount Financed $ 2454.17 |
| Date on which Prepaid Finance Charge begins to accrue 9-9-80 (This date need not be included if it is the same as the date of the transaction) | | |
| ANNUAL PERCENTAGE RATE | A) Prior to beginning of repayment period 1 % B) During repayment period 7 % | |

The undersigned, Maria D. Winfield, hereinafter called the "maker," promises to pay to the order of Higher Education Loan Program of Washington D.C. Inc., hereinafter called the "lender," at its office located at [illegible] Connecticut Ave. NW, the sum of $ 2500.00, or such lesser amount as may actually be owing, with interest on the unpaid principal balance at the rate of SEVEN PERCENT (7%) per annum, together with authorized late charges and, in the event of default, costs of collection and reasonable attorneys' fees to the extent allowed by law; provided, however, that interest shall be payable by the undersigned only from the date on which the repayment period determined in accordance with paragraph II below begins, except during any of those periods described in paragraph IV(2) below. From the date hereof until the beginning of such repayment period and during any of the periods described in paragraph IV(2), interest shall accrue and be payable by the Commissioner of Education of the United States (hereinafter called the "Commissioner").

I. [illegible] pursuant to this note, the lender has applied for loan guarantee under the Guaranteed Student Loan Program of the Higher Education Assistance Foundation, (hereinafter called the "Foundation"). Such terms of this note as are subject to interpretation shall be [illegible] in the light of Subchapter IV, Part B of the Higher Education Act of 1965, as amended (hereinafter called the "Act") and the Federal Regulations pertaining to such Act. This note is subject to the provisions of the Lender Agreement between the lender and the Foundation.

II. [illegible] exception, repayment of the unpaid principal balance of this note, with interest, shall be made over a period com[illegible] after the date on which the maker ceases to carry, at an eligible institution (as defined in the Act) at least one-half the [illegible] work load, as determined by such institution, and (except when paragraph IV (2) applies) this period shall end not less [illegible] than ten years after the beginning of the repayment period but in no event shall the repayment period extend to a date more [illegible] from the date of execution of this note. All payments made by the maker shall be applied first against accrued interest and [illegible] in reduction of principal.

[illegible]TION. The maker and lender, during the 12 month period preceding the start of the repayment period, may agree to a [illegible] period that begins sooner or is of shorter [illegible] provided that, in the event that the maker has requested and obtained a repayment [illegible] than five years, he may at any time [illegible] the total repayment of the loan, have the repayment period extended so that the total [illegible] period is not less than five years.

III. The maker agrees to pay the lender, in addition to interest and principal when due, an amount equal to the fee that the lender is required to [illegible] the Foundation in order to provide guar[illegible] on this note from the date of execution hereof to the date on which final payment of [illegible] This [illegible] equivalent to one [illegible] per annum of the above-disclosed Principal Amount of this note and is calculated on [illegible] the maker [illegible] to carry at least one [illegible] prior to the beg[illegible] this note and disclo[illegible] disclosed above as t[illegible]

WINFIELD, MARIA, D
CLAIM NO 1990C50001590 10-11-89
SSN 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 TE 1

[illegible] prepay all or any [illegible] be entitled to a rebate of unearned interest computed by [ ] the Sum of Digits For[illegible] Actual Daily Accrual

[illegible] interest shall accrue and be payable, (as described above) during any period (A) in [illegible] academic load, or is pursuing a course of study pursuant to a graduate fellowship [illegible] rehabilitation training program approved by the Commissioner, (B) not in excess of [illegible] of the United States, (C) not in excess of three years during which the maker [illegible] Service Act of 1973, (D) at the request of the maker, a single period, not in excess [illegible] which the maker is seeking and unable to find full-time employment or (E) not in excess of three years in which the [illegible] under the Peace Corps Act. Any period described in A, B, C, D or E shall not be included in determining the [illegible]

[illegible] repayment period [illegible] forth in paragraph II, the total aggregate annual payment by a maker during any [illegible] to the maker shall not, unless otherwise agreed to by lender and maker, be less [illegible] whichever is less, except that if a husband and wife both have outstanding [illegible] on all such loans by husband and wife shall not be less than $360 or the com[illegible] less.

[illegible] hereunder [illegible] amount plus accrued interest thereon [illegible] extent allowed by law [illegible] collection including all reasonable [illegible] any other holder [illegible] the holder with ap[illegible]

[illegible] anent disability [illegible]

[illegible] or any other holder of this note [illegible] address or the [illegible] student [illegible]

[illegible] allowed by law, a late charge of 5% of the installment payment or $5, whichever is less, or such lesser amount as may be [illegible] may be charged on any payment made later than 10 days after the due date.

[illegible] the lender not less than four months after ceasing at least half-time [illegible] repayment of principal, together with interest thereon, shall be made in periodic installments in accordance with either (1) [illegible] of a separate instrument which shall be subject to the terms of this note and which the maker [illegible] payment period or (2) a repayment schedule which the maker hereby expressly authorizes the lend[illegible] period and which will be incorporated herein and made a part of this note.

[illegible] portion of the Prepaid Finance Charge (guarantee fee) [illegible]

[illegible] exact copy of [illegible] Note and Disclosure Statement [illegible]

The foregoing instrument was acknowledged before me
This [illegible] day of Aug [illegible] 19 80
By [illegible]
My Commission Expires [illegible]

Address

1. LENDER'S ORIGINAL — PLEASE RETURN

Exhibit A