RE:  STUDENT LOAN INDEBTEDNESS OF:   Maria D. Winfield
                                     908 French St. NW
                                     Washington, DC  20001


Account # (S████████████████

CERTIFICATE OF INDEBTEDNESS

I certify that Department of Education records show that the debtor named
above is indebted to the United States in the amount stated below plus
additional interest from 12/11/91.

On 09/10/80, the debtor executed promissory note(s) to secure loan(s) of
$2,500.00 from Higher Education Loan Program of Washington DC, Inc. at 7%
interest per annum.  The loan(s) was/were guaranteed by a state or private
non-profit guarantee agency and was/were reinsured by the Department of
Education under loan guaranty programs authorized under Title IV-B of the
Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq.(34
C.F.R. Part 682).  The terms of the note(s) required repayment beginning 12
months after the student ceased carrying at least one-half the normal full-
time academic workload at an eligible institution.  On or before 02/11/81
the student ceased carrying at least one-half the normal full-time academic
workload.

The lender(s) demanded payment according to the terms of the note(s), and
the student defaulted on the obligation.  After attempting collection on
the loan, the lender filed a claim with the Guarantee Agency.

Due to this default, the Guarantee Agency, under its guaranty, paid the
claim to the lender on 12/31/82.  The Guarantee Agency was then reimbursed
for the claim payment by the Department of Education under its re-insurance
agreement.

The holder(s) capitalized accrued interest of $63.32 pursuant to 34 C.F.R.
682.202 and/or terms of the promissory note thereby increasing the original
principal balance to $2,563.32.  The holder(s) also credited $1,380.00 to
the principal balance prior to payment of the claim(s).

On 12/01/85, after attempting collection on the loan(s), the Guarantee
Agency assigned all right and title to the Department of Education.



Since assignment of the judgment(s)/loan(s), the Department has received payments and/or processed cancellations totaling $0.00. The debtor's account has been credited as follows:

| | | |
|---|---|---|
| Late Charges: | $ | .00 |
| Administrative/Collection Costs: | $ | .00 |
| IRS Fees/Claims: | $ | .00 |
| Collection Agency Fees: | $ | .00 |
| Interest: | $ | .00 |
| Principal: | $ | .00 |

After application of the last payment of $0.00 received on N/A, the debtor now owes the United States the following:

| | | |
|---|---|---|
| Principal: | $ | 1,183.32 |
| Interest: | $ | 743.51 |
| Administrative/Collection Costs: | $ | 87.00 |
| Late Charges: | $ | .00 |
| Total debt as of 12/11/91 | $ | 2,013.83 |

Pursuant to 28 U.S.C. S 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 12/12/91

_____
SIGNATURE

VERNE JARRETTE
NAME

CONTRACT MONITOR SPECIALIST
TITLE

CONTRACT SERVICES BRANCH
BRANCH