UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 06-0985 (JGP) |
| | : | |
| Maria D. Winfield, | : | |
| | : | |
| Defendant. | : | |

**PRAECIPE NOTING SERVICE ON DEFENDANT**

    The Court filed an order advising plaintiff that the above case may be dismissed without prejudice by September 4, 2007 for failure to serve the defendant with a Summon and Complaint by September 4, 2007. Plaintiff reissued the Summons and advices the Court that the reissued Summons and Complaint was served on the Defendant prior to September 4, 2007. The Affidavit of Service will be filed as soon as counsel receives it from his process server.

                                                           Respectfully submitted,

                                                           /s/

                                                           _____
                                                           Thomas A. Mauro
                                                           1020 19th Street, NW, Suite 400
                                                           Washington, DC  20036
                                                           Attorney for Plaintiff

Dated: September 6, 2007