UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 06-0985 (DAR) |
| | : | |
| Maria Winfield, | : | |
| | : | |
| | : | |
| | : | |
| Defendant. | : | |

**PRAECIPE OF DISMISSAL**

    The Clerk of the Court will please dismiss this case without prejudice, as the defendant has not been found for service..

Respectfully submitted,

/s/
_____
Thomas A. Mauro, Bar No. 184515
1020 19th Street, NW, Suite 400
Washington, DC  20036
Attorney for Plaintiff
Tel No. 202 452 9865

Dated:  October 30, 2007